**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1420

_____


RAYMOND LOFSTAD; GUS LOVGREN,
                                               Appellants
v.

GINA RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce; JANET COIT, in her official capacity as Assistant Administrator of the National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:22-cv-07360)
District Judge: Honorable Robert Kirsch

_____

Argued: July 10, 2024

Before: BIBAS, FREEMAN, and RENDELL, *Circuit Judges*

**ORDER**

The opinion filed September 25, 2024 is hereby vacated. The Clerk shall file the amended opinion, which includes changes to Section II of the September 25 opinion. As the changes do not affect the judgment, the time for filing the petition for rehearing remains the same.


                                        By the Court,

                                        s/ Stephanos Bibas
                                        Circuit Judge


Dated: September 26, 2024
cc: All Counsel of Record